IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DWAYNE CAMPBELL     PLAINTIFF

V.     NO. 4:18-CV-244-DMB-RP

PAMELA ROBINSON, et al.     DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 23, 2019, United States Magistrate Judge Roy Percy issued a Report and Recommendation recommending that Dwayne Campbell's "case be dismissed without prejudice for failure to prosecute and for failure to comply with an order of the court under [Federal Rule of Civil Procedure] 41(b)."[1] Doc. #6 at 1. No objections to the Report and Recommendation have been filed.

Under 28 U.S.C. § 636(b)(1), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

The Court has reviewed the Report and Recommendation and finds that it is neither clearly erroneous nor contrary to law. Accordingly, the Report and Recommendation [6] is **ADOPTED** as the order of this Court, and this case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order.

---

[1] The Report and Recommendation states that Campbell failed to comply with the November 30, 2018, order requiring him "to complete and return forms necessary to the expeditious administration of this case within 30 days." Doc. #6 at 1. The copy of the November 30 order sent by the Court to Campbell at the address listed on his complaint was returned as undeliverable. Doc. #5. Inexplicably, a forwarding mail label appears to have been placed over the printed address on the envelope. Campbell, however, has not notified the Court of any update to his address.

**SO ORDERED**, this 10th day of April, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**