IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DWAYNE CAMPBELL**                                                     **PLAINTIFF**

**V.**                                                  **NO. 4:18-CV-244-DMB-RP**

**PAMELA ROBINSON, et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation issued this day, this action is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this 10th day of April, 2019.

                                               **/s/Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**